UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Warren Picard

v.

Civil No. 16-cv-140-JL

Hillsborough County Department of
Corrections, et al.

O R D E R

No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated July 5, 2016.  "'[O]nly those issues fairly
raised by the objections to the magistrate's report are subject
to review in the district court and those not preserved by such
objection are precluded on appeal.'"  School Union No. 37 v.
United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)
(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d
271, 275 (1st Cir.1988)); see also United States v. Valencia-
Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,
failure to file a specific objection to magistrate's report will
waive the right to appeal).

**SO ORDERED.**

_____
Joseph N. Laplante
Chief Judge

Date: July 28, 2016

cc:  Warren Picard, pro se